Order affirmed, with costs, in a memorandum. In
 
 Buffalo Elec. Co.
 
 v.
 
 State of New York
 
 (14 N Y 2d 453 [1964]) and
 
 Brandt Corp.
 
 v.
 
 City of New York
 
 (14 N Y 2d 217, 220 [1964]) we held that when a claimant accepted final payment from the State or city pursuant to its contract “it could not thereafter assert claims for additional sums which it had attempted to reserve ” upon acceptance. This in no way conflicts with our holding in this ease where the only issue is whether any valid acceptance was made. We conclude that there was sufficient evidence to support the affirmed finding below that no acceptance was ever effected.
 

 Concur: Chief Judge Fuld and Judges Van Voorhis, Burke, Soileppi, Bergan, Keating and Breitel.